## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| BMO BANK N.A. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| WOOF TRUCKING, LLC and MICHAEL OSTEEN, | ) | **COMPLAINT** |
| | ) | |
| Defendants. | ) | |

COMES NOW Plaintiff, BMO Bank N.A., formerly known as BMO Harris Bank N.A., for its Complaint for Breach of Contract against Defendants Woof Trucking, LLC and Michael Osteen, and alleges and states as follows:

### PARTIES

1.     Plaintiff BMO is a national banking association and has its principal place of business in Chicago at 320 S. Canal, Chicago, IL 60606. The main office, per its Articles of Association, (Article II, Section 2.1) is located in Chicago, County of Cook and State of Illinois.

2.     Woof Trucking, LLC ("WTL") is a limited liability company organized and existing pursuant to the rules and laws of the State of Oklahoma with its principal place of business at 16930 West US Highway 66, El Reno, OK 73036. WTL is owned wholly by Michael Osteen. As such, its citizenship is that of Michael Osteen, set forth below.

3.     Michael Osteen ("Osteen") is an individual residing in the state of Oklahoma with a principal address of 13349 Brampton Way, Yukon, OK 73099. Osteen is domiciled, a resident, and a citizen of the Western District of Oklahoma for diversity purposes.

## JURISDICTION AND VENUE

4.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, as there is diversity in citizenship and there is an amount in controversy that exceeds $75,000, exclusive of interest and costs.

5.    This judicial district is proper venue for this proceeding pursuant to 28 U.S.C. §1391(b)(2), as the Defendant resides, lives or does business in the Western District of Oklahoma and as a substantial part of the events giving rise to the cause of action, including signing of the contracts at issue, occurred in the Western District of Oklahoma.

## FACTUAL BACKGROUND

### *Loan and Security Agreement (2001)*

6.    On or about October 18, 2021, WTL entered into a Loan & Security Agreement (hereinafter the "Agreement") with BMO in the total amount of $337,034.88, attached hereto as **Exhibit 1,** for the use of the following:

| Year | Manufacturer | Model | Description | Serial Number |
|------|-------------|-------|-------------|---------------|
| 2017 | UTILITY | REFRIGERATED VANS | REFRIGERATED VANS: 53' | 1UYVS2530HM869346 |
| 2017 | REEFER | REEFER | REEFER | RAX91465199 |
| 2017 | UTILITY | REFRIGERATED VANS | REFRIGERATED VANS: 53' | 1UYVS2534HM869317 |
| 2017 | REEFER | REEFER | REEFER | RAX91465216 |
| 2017 | UTILITY | REFRIGERATED VANS | REFRIGERATED VANS: 53' | 1UYVS2539HM869314 |
| 2017 | REEFER | REEFER | REEFER | RAX91465188 |
| 2017 | UTILITY | REFRIGERATED VANS | REFRIGERATED VANS: 53' | 1UYVS253XHM869323 |
| 2017 | REEFER | REEFER | REEFER | RAX9146512 |
| 2017 | UTILITY | REFRIGERATED VANS | REFRIGERATED VANS: 53' | 1UYVS253XHM869337 |
| 2017 | REEFER | REEFER | REEFER | RAX91465148 |

7.      Pursuant to the Agreement, WTL agreed to make monthly payments for the use of the above Equipment (hereinafter the "Equipment") beginning on or about December 1, 2021, for a term of 48 months.

8.      Upon information and belief, WTL used the Equipment at its address located at 9204 West Reno, Oklahoma City, OK 73127.

9.      Pursuant to the Agreement, WTL was obligated to pay a minimum monthly payment of $7,021.58.

10.     On or about March 1, 2023, WTL defaulted under the terms of the Agreement by failing to make the minimum monthly payment.

***Continuing Guaranty***

11.     Osteen executed a Continuing Guaranty (hereinafter the "Guaranty"). A true and correct copy of the Guaranty is attached hereto as **Exhibit 2.**

12.     Pursuant to the Guaranty, Osteen agreed to the prompt payment and performance of all obligations, liabilities, and undertakings of WTL to BMO.

13.     Osteen, as personal guarantor of the debts of WTL, has failed to cure the default of WTL.

**CAUSE OF ACTION**
**COUNT I- BREACH OF CONTRACT**
**(LOAN AND SECURITY AGREEMENT)**

14.     BMO incorporates by reference Paragraphs 1 through 13, as if set forth at length herein.

15.     BMO and WTL entered into a valid contract (the Agreement) wherein WTL agreed to make monthly payments to BMO for use of the Equipment.

16.     WTL defaulted on the terms of the Agreement and therefore is in default for failure to pay.

17.     BMO sustained significant damages in the amount of $208,739.85 due to WTL's breach and default of the Agreement.

**WHEREFORE**, **PREMISES CONSIDERED,** Plaintiff BMO Bank N.A. demands judgment against Defendant Woof Trucking, LLC, compensatory damages in the amount of $208,739.85, plus accruing interest, and reasonable attorney's fees and costs, and such other relief, as the Court may deem equitable and just.

## COUNT II- BREACH OF CONTRACT
## (CONTINUING GUARANTY)

18.     BMO incorporates by reference Paragraphs 1 through 17, as if set forth at length herein.

19.     Osteen entered into a valid written contract with BMO (the Guaranty) to induce BMO to extend credit to WTL, whereby he personally guaranteed WTL's prompt payment of all amounts owed to BMO, including all of WTL's then –existing and future obligations, debts, and liabilities to BMO.

20.     Moreover, by executing the Guaranty, Osteen guaranteed the repayment of all amounts due under the Agreement and expressly agreed, and is obligated, to pay BMO's reasonable attorney fees and cost of any action instituted upon WTL's default.

21.     BMO demanded from Osteen that he pay the full amount of WTL's debts, i,e, $208,739.85, plus interest and fees.

22.     Osteen defaulted on his contract obligations by failing to pay said amount.

23.     As a result of Osteen's default, BMO has sustained significant damages in the amount of $208,739.85, plus BMO's attorneys' fees, legal expenses, and other costs.

**WHEREFORE**, **PREMISES CONSIDERED,** Plaintiff BMO Bank N.A. demands judgment against Defendant Michael Osteen, compensatory damages in the amount of $208,739.85,

plus accruing interest, and reasonable attorney's fees and costs, and such other relief, as the Court may deem equitable and just.

Dated: January 16, 2026

**WONG FLEMING, P.C.**
*Attorneys for Plaintiff BMO Bank N.A.*

By: */s/ James K. Haney*
James K. Haney, Esq.
400 Alexander Park Dr., Ste. 201
Princeton, NJ 08540
Tel: (609) 951-9520
Fax: (609) 951-0270
Email: JHaney@wongfleming.com