**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BMO BANK N.A.<br><br>Plaintiff,<br>v.<br><br>WOOF TRUCKING, LLC and MICHAEL OSTEEN,<br><br>Defendants. | Case No. 5:26-cv-00071-J<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff BMO Bank N.A., hereby voluntarily dismisses this action in its entirety, **without prejudice**.

Dated: June 16, 2026

**WONG FLEMING**
*Attorneys for Plaintiff BMO Bank N.A.*

*/s/ James K. Haney*
James K. Haney, Esq.
400 Alexander Park Dr., Ste. 201
Princeton, NJ 08540
Tel. (609) 951-9520
Fax: (609) 951-0270
jhaney@wongfleming.com